This is the case on which I wish to stand on my brief unless the court wishes to inquire of me. Just give the give the panel a moment. Sir. I personally am satisfied with the briefing. But let's see what I have no question. I have no questions either. Thank you. May it please the court. Tim Sylvester for respondent superintendent. I also have nothing to add to my brief unless the court has specific questions. That's fine. The case will be submitted. Thank you, sir. Any questions? Hearing no questions, the case is submitted.
judges: Wallace, Gould, Bea